NO. 1424392, 1424393, 1424394, 1424395

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| vs. | § | 8th JUDICIAL DISTRICT |
| | § | |
| SAMUEL MOSES WILLIAMS | § | HOPKINS COUNTY, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
5/27/2015 11:44:28 AM
DEBBIE AUTREY
Clerk

FILED
MAY 19 2015

*Cheryl Fulcher*
DISTRICT CLERK
HOPKINS COUNTY, TEXAS

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Samuel Moses Williams, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Samuel Moses Williams.

Respectfully submitted,

Roland Fergurson
1804 Woodbridge Drive
Sulphur Springs, TX 75482
Tel: (903) 335-8412
Fax: (903) 335-8412

By: *Roland Fergurson*
Roland Fergurson
State Bar No. 00786425
Attorney for Samuel Moses Williams

### CERTIFICATE OF SERVICE

This is to certify that on May 19, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hopkins County, by Hand delivery.

*Roland Fergurson*
Roland Fergurson